UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRADLEY ALEXANDER GEORGE GARNER,

Defendant.

CASE NO. CR09-5088BHS

ORDER DENYING DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE

This matter comes before the Court on Defendant's motion to amend conditions of release. Dkt. 221. Defendant moves the Court to remove the condition prohibiting him from traveling nearer than fifteen miles of any airport.

The Court, having reviewed the motion, the Government's opposition (Dkt. 225), and the remainder of the record, hereby denies Defendant's motion.

DATED this 18th day of August 2009.

_____
BENJAMIN H. SETTLE
United States District Judge