# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**BRADLEY A. G. GARNER,**

    **Defendant.**

**Case No. CR09-5088BHS**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision.

**The plaintiff appears through Assistant United States Attorney, David Jennings.**

**The defendant appears personally and represented by counsel, Lyle Tenpenny.**

**The U.S. Pretrial Services Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).**

**The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge Karen L. Strombom:**

    *Date of hearing: Tuesday, October 27, 2009*

    *Time of hearing: 1:30 pm*

**IT IS ORDERED that the defendant:**

**( )  Be released on an appearance bond, subject to the terms and conditions set forth thereon.**

**(X)  Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

    **October 20, 2009.**

        **s/Karen L. Strombom**
    **Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1